358 A.2d 82

Hays et ux. v. Costanza, et al., Appellants.

Argued April 20, 1976.   H. N. Rosenberg, with him Rosenberg, Kirshner & Kaleugher, for appellants; Louis M. Tarasi, Jr., with him John E. Hall, for appellees.

Judgment and order affirmed.

PRICE and SPAETH, JJ., absent.

358 A.2d 87

Holiday House, Inc., Appellant, v. Soffer, et al.

Submitted April 16, 1976.   Edward P. Zemprelli, for appellant; David W. Craig and Sandra Beck Levine, for appellees.

Decree affirmed.